UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| JASEN ERNEST ABREO;<br>GARY and NICKOLA GARCIA;<br>DONALD and SHIRLEY STEPHENS;<br>LARRY and LAURIE BAUM;<br>KEVIN and KELLY PRICE,<br>on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, L.L.C.;<br>CHASE MANHATTAN MORTGAGE CORPORATION;<br>ROUTH CRABTREE OLSEN, PS;<br>PITE DUNCAN, LLP;<br>LUNDBERG & ASSOCIATES,<br><br>        Defendants. | Case No. 2:10-CV-01861-JAM-DAD<br><br>**ORDER GRANTING STIPULATION EXTENDING CHASE'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Courtroom 6 - 14th Floor<br>The Honorable John A. Mendez<br><br>Complaint Filed: July 16, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

1  Upon considering the stipulation of the parties, and good cause
2  appearing, the Court grants the parties' stipulation and orders that Defendant Chase
3  Home Finance LLC, for itself and as successor to Chase Manhattan Mortgage
4  Corporation, shall have until January 7, 2011 to respond to Plaintiffs' Complaint.
5
6  IT IS SO ORDERED.
7
8  Dated:  12/10/2010            /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
9                                U.S. DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com