1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| JASEN ERNEST ABREO;<br>GARY and NICKOLA GARCIA;<br>DONALD and SHIRLEY STEPHENS;<br>LARRY and LAURIE BAUM;<br>KEVIN and KELLY PRICE,<br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, L.L.C.;<br>CHASE MANHATTAN MORTGAGE CORPORATION;<br>ROUTH CRABTREE OLSEN, PS;<br>PITE DUNCAN, LLP;<br>LUNDBERG & ASSOCIATES,<br><br>Defendants. | Case No. 2:10-CV-01861-JAM-DAD<br><br>**ORDER VACATING, WITHOUT PREJUDICE, THE MARCH 9, 2011 HEARING ON DEFENDANT CHASE HOME FINANCE LLC'S MOTION TO DISMISS**<br><br>Courtroom 6 - 14th Floor<br>The Honorable John A. Mendez<br><br>Complaint Filed: July 16, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

1  Upon considering the notice of conditional settlement and stipulation of
2  the parties, and good cause appearing, the Court vacates the March 9, 2011 hearing
3  on the motion to dismiss filed by Defendant Chase Home Finance LLC, successor to
4  Chase Manhattan Mortgage Corporation (collectively, "Chase"), without prejudice
5  to Chase's right to re-set the hearing on the motion if necessary.

        IT IS SO ORDERED.

Dated:  3/9/2011                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com