UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| JASEN ERNEST ABREO;<br>GARY and NICKOLA GARCIA;<br>DONALD and SHIRLEY STEPHENS;<br>LARRY and LAURIE BAUM;<br>KEVIN and KELLY PRICE,<br>on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, L.L.C.;<br>CHASE MANHATTAN MORTGAGE CORPORATION;<br>ROUTH CRABTREE OLSEN, PS;<br>PITE DUNCAN, LLP;<br>LUNDBERG & ASSOCIATES,<br><br>           Defendants. | Case No. 2:10-CV-01861-JAM-DAD<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Courtroom 6 - 14th Floor<br>The Honorable John A. Mendez<br><br>Complaint Filed: July 16, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

Based on the stipulation of Plaintiffs Jasen Ernest Abreo, Gary and Nickola Garcia, Donald and Shirley Stephens, Larry and Laurie Baum, Kevin and Kelly Price, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendant JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC, and Chase Manhattan Mortgage Corporation ("Chase"), the court hereby dismisses this entire action with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   10/27/2011                         /s/ John A. Mendez_____
                                            HONORABLE JOHN A. MENDEZ
                                            U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com